IH-32
Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

Full Caption of Later Filed Case:

| Plaintiff | Case Number |

vs.

Defendant

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Plaintiff

vs.

Defendant

Case Number

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Walsh v. Elanco Animal Health, Inc. (earlier filed case) was filed on April 6, 2021. On April 7, 2021, Judge Analisa Torres was assigned to the case and Magistrate Judge Kevin Nathaniel Fox was so designated. No further court rulings have been issued.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Dahlgren v. Bayer Healthcare LLC (newly filed case) is related to Walsh v. Elanco Animal Health, Inc. (earlier filed case) in that both are class actions alleging similar conduct by Elanco Animal Health, Inc. related to the manufacturers, marketers, advertisers, distributors, and sellers of Seresto brand flea and tick collars. According to both complaints, the alleged conduct caused similar economic injuries. Both cases bring causes of action for violations of the New York Deceptive Business Acts and Practices Law, unjust enrichment and breach of warranty claims.

Signature: ______________________ Date: 4/9/2021

Firm: Greg Coleman Law PC, 16748 McCormick Street, Los Angeles, CA 91436