# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DARLENE DAHLGREN, on behalf of herself and all others similarly situated,

Plaintiff,

-v-

ELANCO ANIMAL HEALTH, INC.,

Defendant.

Case No. 7:21-cv-03109

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Plaintiff Darlene Dahlgren  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A to Plaintiff

**Date:** 4/9/2021

Alex R. Straus
Digitally signed by Alex R. Straus
Date: 2021.04.09 17:44:24 -04'00'

**Signature of Attorney**

**Attorney Bar Code:** AS1690

Form Rule7_1.pdf   SDNY Web 10/2007